# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bashant, Cynthia A. | U.S. District Court, Southern District of California | 5/4/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination ☐ Date  ☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

221 W. Broadway
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 5/4/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 5/4/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | |
|---|---|
| **Name of Person Reporting** <br><br> **Bashant, Cynthia A.** | **Date of Report** <br><br> 5/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B <br> Income during reporting period | | C <br> Gross value at end of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount Code 1 <br> (A-H) | (2) <br> Type (e g , div , rent, or int ) | (1) <br> Value Code 2 <br> (J-P) | (2) <br> Value Method Code 3 <br> (Q-W) | (1) <br> Type (e g , buy, sell, redemption) | (2) <br> Date mm/dd/yy | (3) <br> Value Code 2 <br> (J-P) | (4) <br> Gain Code 1 <br> (A-H) | (5) <br> Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union (cash accounts) | A | Interest | K | T | | | | | |
| 2. Pimco Income Fund (PONDX) (IRA) | D | Dividend | M | T | | | | | |
| 3. Fidelity Government Money Market (SPAXX) (IRA) | A | Dividend | J | T | Buy (add'l) | 04/02/20 | J | | |
| 4. Fidelity Real Estate Fund (FSRNX) | A | Dividend | J | T | | | | | |
| 5. Fidelity Emerging Market Index Fund (FPADX) | D | Dividend | L | T | | | | | |
| 6. Fidelity Four in One Index (FFNOX) (IRA) | F | Dividend | N | T | | | | | |
| 7. Fidelity Extended Market Index Fund (FSMAX) | E | Dividend | M | T | | | | | |
| 8. Fidelity Int'l Enhanced Index Fund (FIENX) (IRA) | D | Dividend | L | T | | | | | |
| 9. Fed Large Cap Growth Enhanced Index (FLGEX) (IRA) | G | Dividend | N | T | | | | | |
| 10. Morgan Stanley CD | A | Interest | K | T | | | | | |
| 11. Fidelity Small Cap Enhanced Index Fund (FCPEX) (IRA) | D | Dividend | L | T | | | | | |
| 12. Goldman Sachs Bk USA NY CD | A | Interest | K | T | Buy | 02/05/20 | K | | |
| 13. Capital One CD | A | Interest | K | T | | | | | |
| 14. Midfirst Bk Okla City CD | A | Interest | K | T | Buy | 08/19/20 | K | | |
| 15. Invesco Stable Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. Vanguard Global Minimal Volatility Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard GNMA Bond Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 <br> P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 | L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 <br> P4 =More than $50,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 5/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard High Dividend Yield Index Fund | A | Dividend | K | T | | | | | |
| 19. Vanguard Real Estate Index Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Select Value Fund | A | Dividend | K | T | | | | | |
| 21. Vanguard Small Cap Index Fund | C | Dividend | K | T | | | | | |
| 22. Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 23. Vangaurd 500 Index | E | Dividend | L | T | Buy | 03/09/20 | K | | |
| 24. Vanguard 500 Index | E | Dividend | L | T | Buy (add'l) | 03/13/20 | K | | |
| 25. Wells Fargo Bank Nat'l Assn CD (24 mo maturity) | A | Interest | | | Matured | 08/17/20 | K | A | |
| 26. Wells Fargo Bank CD | A | Interest | K | T | | | | | |
| 27. Fidelity Asset Manager (FASIX) | B | Dividend | J | T | Buy | 02/25/20 | J | | |
| 28. Fidlelity Floating Rate High Income (FFRHX) | A | Dividend | K | T | Buy | 02/25/20 | J | | |
| 29. Vanguard Mun. Bond Tax Exempt Fund (VTEB) | A | Dividend | K | T | Buy | 02/25/20 | K | | |
| 30. Vanguard Federal Money Market | A | Dividend | L | T | Sold (part) | 03/09/20 | K | A | |
| 31. Vangaurd Federal Money Market | A | Dividend | L | T | Sold (part) | 03/13/20 | K | A | |
| 32. Wells Fargo Bank CD | A | Interest | | | Matured | 01/31/20 | K | A | |
| 33. Fidelity Government Money Market (SPAXX) | A | Dividend | J | T | Sold (part) | 02/05/20 | K | A | |
| 34. Fidelity Government Money Market (SPAXX) | A | Dividend | J | T | Sold (part) | 02/25/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 5/4/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 5/4/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Bashant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544